IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE SEARCH WARRANT APPLICATION FOR | : | No. 1:14MJ77-1 |
| 575 N. PATTERSON AVE, SUITE 430, WINSTON-SALEM 27101 | : : | |
| | : | |
| IN RE SEARCH WARRANT APPLICATION FOR | : : | No. 1:14MJ78-1 |
| 2700 WINDSOR ROAD, WINSTON-SALEM 27104 | : | |
| | : | |

ORDER

The government having moved that designated sections of the affidavits, set forth in Attachments A and B to the Motion, filed in support of the search warrants in the above-captioned cases, be sealed and the Court being apprised of the reasons therefore,

IT IS HEREBY ORDERED that the designated sections of the affidavit, as reflected in Attachments A and B, be sealed until further order of the Court.

The Court has inherent authority to order the sealing of a search warrant affidavit. *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989). On the *ex parte* showing before the court, the court

considers that the government has made a *prima facie* showing that justifies the requested, limited partial sealing of the affidavit.

The designated sections of the affidavits and the government's supplement to the motion to seal shall be placed under seal by the Clerk until further Order of this Court.

/s/ L. Patrick Auld
L. PATRICK AULD
UNITED STATES MAGISTRATE JUDGE

Date  May 9, 2014